FILED
2009 MAR -3 PM 4:08
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT

NORHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, <u>et al.</u><br><br>Debtors. | ) CHAPTER 11<br>)<br>) ADVERSARY PROCEEDING<br>) CASE NO.:<br>)<br>)<br>) CASE NO. . 07-104-16 KJC, and Related<br>) Actions, Jointly Administered<br>)<br>) RELATED CASES:<br>) USDC NDC Case No: C06-06806 SI and<br>) C07-2133 SI<br>)<br>) NOTICE OF MOTION AND MOTION<br>) TO PERMIT PRO SE PLAINTIFF TO<br>) E-FILE<br>)<br>) Original Complaint filed In<br>) State Court July 28, 2006 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLAINTIFF, LESLIE BARNES MARKS, in Pro Se, agrees to follow the local rules and can meet the technical requirements for e-filing documents in this Court and hereby requests permission from this Court to e-file documents relating to these matters with this Court.

Dated: February 27, 2009

_____
Leslie Barnes Marks, Pro Se

-1-

NOTICE OF MOTION FOR REQUEST TO E-FILE