

FILED

2009 MAR -3 PM 4:09

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

1

2

3

4

5

6          UNITED STATES BANKRUPTCY COURT

7             DISTRICT OF DELAWARE

8

|                                        |                                              |
|----------------------------------------|----------------------------------------------|
|                                        | ) **CHAPTER 11**                             |
| In re NEW CENTURY TRS HOLDINGS, INC.   | )                                            |
| , a Delaware Corporation, <u>et al.</u> | ) **ADVERSARY PROCEEDING**                  |
|                                        | )  **CASE NO.:**                             |
| Debtors.                               | )                                            |
|                                        | )                                            |
|                                        | ) **CASE NO. . 07-104-16 KJC, and Related**  |
|                                        | ) **Actions,  Jointly Administered**         |
|                                        | )                                            |
|                                        | ) **RELATED CASES:**                         |
|                                        | )  **USDC NDC Case No:  C06-06806 SI and**   |
|                                        | ) **C07-2133 SI**                            |
|                                        | )                                            |
|                                        | ) **NOTICE OF MOTION AND MOTION**            |
|                                        | ) **TO PERMIT PRO SE PLAINTIFF TO**          |
|                                        | ) **APPEAR TELEPHONICALLY**                  |
|                                        | )                                            |
|                                        | ) Original Complaint filed In                |
|                                        | ) State Court July 28, 2006                  |
|                                        | )                                            |

20

21   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22

23        LESLIE BARNES MARKS, in Pro Se, requests is Court grant her permission to appear

24   telephonically.  Ms. Marks has been defrauded by New Century Mortgage Corporation and

25   Home 123 and filed a lawsuit in State Court which was later removed to Federal Court and

26   currently known as USDC NCD Case No. C06-06806 SI.  Defendants New Century and Home

27   123 were represented by Wolfe and Wyman attorney Brian Gunn.

28   / / /

1.    On or about, March 27, 2007, New Century Mortgage illegally transferred Plaintiff's property to OCWEN. New Century did not give Plaintiff this notice thru its counsel of record, then Attorney Brian Gunn.

2.    On April 2, 2007 Defendants New Century and Home 123 filed Bankruptcy in this action, Defendant Tom Chicoine took flight according to his counsel, Brian Gunn.

3.    Debtors attorneys, in this action and in the prior action are well aware there is a legal action against their clients and title to the property commonly known as 3099 Suter Street is in dispute.

4.    Debtors, and OCWEN have tainted Plaintiff's credit report with the exact same loan with two different numbers.

5.    Plaintiff seeks to receive justice as these defendants and their partners in cahoots have practically destroyed Plaintiff's life, livelihood, and self-esteem.

Good cause appearing, Ms. Marks respectfully requests this Court grant Ms. Marks the right to appear telephonically in this matter regarding any and all matters that may affect or relate to the property commonly known as 3099 Suter Street Oakland, CA 94602 and this Court through Court Call or other applicable telephonic service supporting Pro Se appearance.

Dated: February 27, 2009

_Leslie Barnes Marks_
Leslie Barnes Marks, Pro Se

IT IS SO ORDERED.


Dated: _____, 2009



_____
JUDGE OF THE UNITED STATES
BANKRUPTCY COURT