FILED
2009 MAR -3 PM 4:09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MARKS, Plaintiff | ) CHAPTER 11 <br> ) <br> ) ADVERSARY PROCEEDING <br> ) CASE NO.: <br> ) |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, *et al.* <br><br> Debtors. | ) CASE NO. . 07-104-16 KJC, and Related <br> ) Actions, Jointly Administered <br> ) <br> ) RELATED CASES: <br> ) USDC NDC Case No: C06-06806 SI and <br> ) C07-2133 SI <br> ) <br> ) STATEMENT OF RELATED CASE <br> ) <br> ) Original Complaint filed In <br> ) State Court July 28, 2006 |

LESLIE BARNES MARKS, in Pro Se, (hereinafter "Marks") files this Complaint against the defendants New Century Mortgage Corporation, and Home 123 and any known or unknown dba used by New Century Mortgage Corporation and Home 123 (collectively, Defendants) and alleges the following:.

1. Plaintiff, Marks has filed a claim in the related Bankruptcy Court in Delaware against Defendants (See Proof of Claim No. 269 and any other related claims). Plaintiff Marks

-1-
STATEMENT OF RELATED CASE

has filed other pleadings in this matter relating to allegations set forth herein.

2. Defendants have wrongfully transferred Plaintiff's property to OCWEN and DB STRUCTURING one day before filing their bankruptcy action in violation of Bankruptcy Code Sections 11 U.S.C. Section 101(31), 101(54), 547 and 548.

3. Under Bankruptcy Code Sections 11 U.S.C. Section 101(31), 101(54), 547 and 548, Debtors could not transfer property/assets within 90 days prior to filing Chapter 11.

4. Defendants further violated RESPA, TILA an numerous other violations by failing to provide Plaintiff with the RESPA required 15 day notice prior to transfer. Furthermore, while represented by Counsel in the above-referenced Federal court matter, Defendants transferred Marks' property to OCWEN without going through their then counsel of record, Brian Gunn of the law firm of Wolfe & Wyman.

5. Additionally, Plaintiff's mortgage loan (provided by New Century Mortgage Corporation and procured by its representative Tom Chicoine who was the then manager of the Home 123 Emeryville, CA office) was in active and current legal dispute prior to the illegal transfer and prior to the federal investigation in the related actions referenced above. Debtors have been in litigation with Plaintiff since on or about June 2006, more than enough time for Debtors to have LEGALLY transferred her property, if Debtors chose to act within the law. Defendants have violated 11 U.S.C. sections 101(31), 101(54), 547 and 548. Defendants have cost Plaintiff emotional distress, financial ruin and devastation in this matter by their egregious acts. Defendants are guilty of fraud, violations of RESPA and TILA and Bankruptcy code violations. Plaintiff begs this Court for justice.

6. As such this Adversary Proceeding is related to the actions referenced in the case caption in this mater.

DATED: February 27, 2009

_____
Plaintiff Leslie Marks in Pro Per

-2-
STATEMENT OF RELATED CASE