IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NEW CENTURY TRS HOLDINGS, INC., et al., a Delaware Corporation,<br><br>    Debtor. | CASE NO. . 07-104-16 KJC, and Related Actions, Jointly Administered<br><br>CHAPTER 11<br><br>ADVERSARY PROCEEDING<br>CASE NO.: 09-50244 |
| LESLIE MARKS,<br><br>    Plaintiff,<br><br>vs.<br><br>NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, et al.<br><br>    Debtors | RELATED CASES:<br>  USDC NDC Case No: C06-06806 SI |

**[PROPOSED]**
**ORDER DENYING NCLT'S MOTION TO DISMISS**

WHEREAS, NCLT's Motion to Dismiss is hereby DENIED in its entirety with prejudice:

1. NCLT has 48 hours to submit a response to Plaintiff's complaint or Default may be taken against them and Marks be made whole and;

2. NCLT's Transfer of the mortgage which is the subject of this litigation to DB and OCWEN or DB OR OCWEN or any other entity as relates to this matter is hereby deemed INVALID effective immediately;

3. Plaintiff's Deed shall be restored to her name, free and clear of any liability or encumbrance relative to the property commonly known as 3099 Suter Street, Oakland, California, 94602;

4. NCLLT will REMOVE any and all negative credit reporting and credit standing be fully restored in relating to OCWEN Loan No. 80590441 in its entirety – from the commencement of the loan

-1-

currently known as OCWEN LOAN NO. 80590441, which is one and the same as the New Century Loan unjustly causing it to appear as if Plaintiff is $1,000,000,000 in debt for the SAME property within 10 days from the date of this order. Failure to comply will result in further sanctions from this Court;

5.  Plaintiff has requested and is granted sanctions in the amount of: $_____.

IT IS SO ORDERED

DATED: April 21, 2009

_____
HONORABLE KEVIN J. CAREY
BANKRUPTCY COURT JUDGE