|  |  |  |
|---|---|---|
| In re | : | CHAPTER 11 |
|  | : | (Jointly Administered) |
| **NEW CENTURY TRS HOLDINGS, INC,:** |  |  |
| *et al.* | : | Case No. 07-10416 (KJC) |
| Debtors | : |  |
|  | : |  |
| **LESLIE MARKS,** | : | Adv. Pro. No. 09-50244 (KJC) |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| **NEW CENTURY TRS HOLDINGS, INC,:** |  |  |
| *et al.* | : | Re: docket nos. 2, 3, and 10 |
|  | : |  |
| Defendants | : |  |

## ORDER

AND NOW, this 11th day of June, 2009, it appearing that the following matters are

before the court:

(1)     Motion to allow pro se plaintiff to e-file (docket no. 2) filed March 3, 2009;

(2)     Motion to allow pro se plaintiff to appear telephonically (docket no. 3) filed
March 3, 2009; and

(3)     Application to proceed In Forma Pauperis by plaintiff (docket no. 10) filed on
May 3, 2009;

and after a hearing on notice held on May 27, 2009, and for the reasons stated on the record, it is

hereby ORDERED and DECREED that:

1.     The Motion to allow pro se plaintiff to e-file is DENIED;

2.     The Motion to allow pro se plaintiff to appear telephonically is GRANTED, in

part, in that the plaintiff is directed to follow the instructions on the Delaware

Bankruptcy Court website (www.deb.uscourts.gov) to appear by telephone on non-evidentiary matters; and

3.      The Application to proceed In Forma Pauperis is GRANTED, so that (i) the Plaintiff is not required to file any further bankruptcy court fees in relation to this adversary proceeding; (ii) the Plaintiff will not be charged for appearing telephonically; and (iii) the Plaintiff's is required to provide limited notice of her briefs, motions, pleadings, and other documents filed in this adversary proceeding to:

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, NY 10022

BY THE COURT:

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Court Call, Attn: Raymond Reyes (via e-mail)