# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

---------------------------------------------------------------x

IN RE:

NEW CENTURY TRS HOLDINGS, INC., *et al.*,  Case No. 07-10416
a Delaware Corporation,

                                                                                     Jointly Administered
                           Debtors.                                 Chapter 11

---------------------------------------------------------------x

LESLIE MARKS,                                                    Adv. Proc. No. 09-50244 (KJC)

                           Plaintiff,

                           vs.

NEW CENTURY TRS HOLDINGS, INC., a
Delaware Corporation, *et al.*

                           Debtors.                                 Re: Adv. D.I. 81

---------------------------------------------------------------x

## ORDER SETTING DEADLINES FOR FILING POST-HEARING SUBMISSIONS

With respect to the Request for Stay of Dismissal and Status Conference Statement [Adv. D.I. 53] and Ex Parte Application for Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 56] filed by Leslie Marks ("Marks") and the responses thereto [Adv. D.I. 54 & 63] filed by the New Century Liquidating Trust (the "Trust" and collectively with Marks, the "Parties"):

**IT IS HEREBY ORDERED THAT:**

    1. The Parties shall each file a post-hearing submission (a "Submission"), in letter format, discussing which law should apply to the settlement agreement previously executed by the Parties.

    2. The Trust shall file its Submission with the Court on or before March 11, 2011.

Contemporaneously with filing, the Trust shall serve its Submission on Marks via electronic means.

3. Marks shall file her Submission on or before March 25, 2011. Contemporaneously with filing, Marks shall serve her Submission on the Trust, through its counsel, via electronic means.

Dated: March 1, 2011

HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

130566.01600/40193854v.1